UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-5728-DMG (JPRx) | Date | February 3, 2023 |
| Title | Leon Elster v. Stuart Elster, et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST COUNTER-DEFENDANT LEON ELSTER**

On December 5, 2022, the Court set a Scheduling Conference for February 3, 2023 at 9:30 a.m., and ordered the parties to meet to prepare their Joint Rule 26(f) Report in advance of the conference. [Doc. # 31.] Counterdefendant Leon Elster, proceeding *pro se*, failed to participate in preparing the scheduling report, and failed to appear at the February 3 scheduling conference.

Elster also previously failed to appear at the hearing on his former counsel's motion to withdraw on October 6, 2022, despite this Court's order to do so. [Doc. # 28.] As a result of Elster's failure to appear at that hearing and to respond to a subsequent court order, his affirmative claims were dismissed as of December 5, 2022. [Doc. # 31.] Only Leon Elster, Inc.'s ("LEI") counterclaims remain.

Because Elster has now twice failed to make court-ordered appearances, the Court **ORDERS** Elster to show cause why default should not be entered against him on the conversion, breach of fiduciary duty, unjust enrichment, and possession of personal property counterclaims asserted by LEI. By **March 6, 2023**, Elster shall file his response, explaining whether he intends to defend against LEI's claims. **Failure to file a response will result in entry of default, and may result in a default judgment, which means that the Court will enter a judgment against Elster without conducting a trial or considering the merits of his defenses.**

**IT IS SO ORDERED.**