**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ELSTER, | Case No. CV 22-5728-DMG (JPRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STUART ELSTER; AARON ELSTER; LEON ELSTER, INC.; 7607 ST. BERNARD, LLC; 1132 WEST EDGEWARE, LLC; 2001 WEST 60TH ST., LLC; and ADMINISTRATOR FOR LEON ELSTER, INC., DEFINED BENEFIT PENSION PLAN, | |
| Defendants. | |

1    This Court having previously dismissed without prejudice, for failure to prosecute and to comply with a court order, Plaintiff Leon Elster's claims against Defendants Stuart Elster, Aaron Elster, Leon Elster, Inc., 8615 Long Beach Bvld, LLC, 7607 St. Bernard, LLC, 1132 West Edgeware, LLC, 2001 West 60th St, LLC, and the Administrator for Leon Elster, Inc., Defined Benefit Pension Plan, pursuant to the Court's Order dated December 5, 2022 [Doc. # 31]; and

This Court having granted in part and denied in part the motion by Counter-Claimant Leon Elster, Inc. for default judgment on its Counterclaim by Order dated August 4, 2023 [Doc. # 47],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Counter-Claimant Leon Elster, Inc., and against Counter-Defendant Leon Elster in the amount of $162,892. Plaintiff Leon Elster's claims against Defendants Stuart Elster, Aaron Elster, Leon Elster, Inc., 8615 Long Beach Bvld, LLC, 7607 St. Bernard, LLC, 1132 West Edgeware, LLC, 2001 West 60th St, LLC, and the Administrator for Leon Elster, Inc., Defined Benefit Pension Plan are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August 4, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE